**Electronically Filed
Supreme Court
SCWC-13-0000385
26-JUN-2013
01:27 PM**

SCWC-13-0000385

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

CAROLYN MIZUKAMI,
Petitioner/Plaintiff-Appellant,

vs.

DON QUIJOTE (USA) CO. LTD., DTRIC INSURANCE COMPANY, LTD.,
Respondents/Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-13-0000385; CIV. NO. 12-1-3273-12)

<u>AMENDED</u>
<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

The application for a writ of certiorari, filed on May 24, 2013, is hereby rejected. In addition, the appellate clerk is directed not to accept any further filings in this closed certiorari proceeding.

DATED: Honolulu, Hawai‘i, June 26, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

